**<u>Exhibit B</u>**

