**Exhibit B**

**Subscription Agreement**

**(filed under seal)**