**Exhibit C**

**Agency Agreement**

**(filed under seal)**