# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GOLI NUTRITION INC., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10438 (LSS)<br><br>Joint Administration Requested |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 21, 2024 AT 3:00 P.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**This hearing will be conducted by Zoom only.**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

**\*The deadline to register for remote attendance is 2:00 p.m. (prevailing Eastern Time) the day of the hearing unless otherwise noticed.\***

**PLEASE TAKE NOTICE** that on March 19, 2024, Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and the duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code") of the above-captioned debtors (collectively, the "Debtors"), filed the following voluntary petitions for relief under chapter 15 of the Bankruptcy Code, and related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0074929.2}

**PETITIONS AND RELATED PLEADINGS**

1. Goli Nutrition Inc. (Canada), Case No. 24-10438 (LSS) [D.I. 1, filed on March 19, 2024]

2. Goli Nutrition Inc. (USA), Case No. 24-10439 (LSS) [D.I. 1, filed on March 19, 2024]

3. Petitioner's Verified Petition Under Chapter 15 for Recognition of the Canadian Proceedings and Request for Related Relief [D.I. 2, filed on March 19, 2024]

4. Declaration of Noah Zucker in Support of (A) Petitioner's Verified Petition Under Chapter 15 for Recognition of the Canadian Proceedings and Request for Related Relief, (B) Motion for Provisional Relief, and (C) Motion for Order Enforcing CCAA Vesting Orders [D.I. 6, filed on March 19, 2024]

**FIRST DAY PLEADINGS GOING FORWARD**

5. Motion for an Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code [D.I. 3, filed on March 19, 2024]

   Status:   This matter will go forward.

6. Petitioner's Motion for Entry of an Order Specifying Form and Manner of Service of Notice [D.I. 4, filed on March 19, 2024]

   Status:   This matter will go forward.

7. Petitioner's Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [D.I. 5, filed on March 19, 2024]

   Status:   This matter will go forward.

*[Signature Page Follows]*

{1431.001-W0074929.2}

| | |
|---|---|
| Dated: March 20, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Joshua B. Brooks*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email:  mcguire@lrclaw.com<br>            pierce@lrclaw.com<br>            brooks@lrclaw.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Andrew Rosenblatt (*pro hac vice* pending)<br>Francisco Vazquez (*pro hac vice* pending)<br>Michael Berthiaume (*pro hac vice* pending)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: andrew.rosenblatt@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com<br><br>*Counsel to the Petitioner* |

{1431.001-W0074929.2}