IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

GOLI NUTRITION INC., *et al.*,[1]

    Debtors in a Foreign Proceeding.

Chapter 15

Case No. 24-10438 (LSS)

Joint Administration Requested

Ref. No. 5

---

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING PROVISIONAL RELIEF PURSUANT TO BANKRUPTCY CODE SECTION 1519

I, Matthew R. Pierce, counsel to Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Quebec, Canada and Goli Nutrition Inc., a company incorporated in Delaware (collectively, the "Debtors"), hereby certifies as follows to the best of my knowledge, information and belief:

1. On March 19, 2024, the Petitioner filed the *Petitioner's Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code* [Docket No. 5] (the "Motion") with a proposed form of order granting the relief requested in the Motion attached thereto as Exhibit A (the "Proposed Order").

2. Consistent with the colloquy on the record at the hearing held on March 21, 2024, the Petitioner has revised the Proposed Order, a copy of which is attached hereto as **Exhibit A**

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0075062.}

(the "Revised Order").  A blackline reflecting changes between the Proposed Order and the Revised Order is attached hereto as **Exhibit B**.

3. The Petitioner has circulated a copy of the Revised Order to counsel for (i) the Office of the United States Trustee for the District of Delaware and (ii) DLA Piper US, and such counsel have advised that they do not object to entry of the Revised Order.

4. A copy of the Revised Order has been uploaded via CM/ECF in accordance with the Local Rules, and the Petitioner requests entry of the Revised Order at the Court's earliest convenience.

Dated:  March 22, 2024
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com
       pierce@lrclaw.com
       brooks@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Andrew Rosenblatt (*pro hac vice* pending)
Francisco Vazquez (*pro hac vice* pending)
Michael Berthiaume (*pro hac vice* pending)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: andrew.rosenblatt@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to the Petitioner*