**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 15 |
| GOLI NUTRITION INC., *et al.*,[1] | Case No. 24-10438 (LSS) |
| Debtors in a Foreign Proceeding. | Jointly Administered |
| | Ref. No. 7, 9 & 49 |

---

**NOTICE OF FILING OF UNREDACTED (A) SUBSCRIPTION
AGREEMENT AND (B) AGENCY AGREEMENT**

**PLEASE TAKE NOTICE** that on March 19, 2024, Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Québec, Canada, and Goli Nutrition Inc., a company incorporated in Delaware (collectively the "Debtors"), in the above-captioned chapter 15 cases filed under seal the *Petitioner's Motion for Entry of an Order (I) Recognizing and Enforcing the RVO and the Atos Sale Order, (II) Approving the Sale Transactions Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [D.I. 7] (the "Sale Motion"). Attached to the Sale Motion under seal as Exhibits B and C were copies of the *Subscription Agreement* and the *Agency Agreement*, respectively.

**PLEASE TAKE FURTHER NOTICE** that on March 19, 2024, Petitioner filed the *Motion of Petitioner for Entry of an Order (A) Authorizing the Petitioner to file that Certain Subscription Agreement and Agency Agreement Under Seal and (B) Granting Related Relief* (the "Motion to Seal") [D.I. 9] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on April 1, 2024, Petitioner filed the *Notice of (I) Motion and (II) Filing of (A) Redacted Subscription Agreement and (B) Redacted Agency Agreement* [D.I. 45] which attached redacted copies of the Subscription Agreement and the Agency agreements as exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2024, Petitioner filed the *Notice of Withdrawal* [D.I. 49] withdrawing the Motion to Seal.

**PLEASE TAKE FURTHER NOTICE** that the Petitioner hereby files unredacted copies of the Subscription Agreement, attached hereto as **Exhibit A**, and the Agency Agreement, attached hereto as **Exhibit B**.

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

|  |  |
|---|---|
| Dated: April 3, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: mcguire@lrclaw.com<br>          pierce@lrclaw.com<br>          brooks@lrclaw.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Andrew Rosenblatt (admitted *pro hac vice*)<br>Francisco Vazquez (admitted *pro hac vice*)<br>Michael Berthiaume (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: andrew.rosenblatt@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com<br><br>*Counsel to the Petitioner* |