**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
In re:                                                       :    Chapter 15
                                                             :
GOLI NUTRITION INC., *et al.*,[1]                            :    Case No. 24-10438 (LSS)
                                                             :
                                                             :    Jointly Administered
            Debtors in a Foreign Proceeding.                 :
------------------------------------------------------------- x    **Ref. No. 7**

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER GRANTING**
**RECOGNITION OF FOREIGN MAIN PROCEEDINGS AND**
<u>**CERTAIN RELATED RELIEF**</u>

I, Matthew R. Pierce, counsel to Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "<u>Petitioner</u>"), as defined by section 101(24) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), of Goli Nutrition Inc., a company incorporated in Quebec, Canada and Goli Nutrition Inc., a company incorporated in Delaware (collectively, the "<u>Debtors</u>"), hereby certifies as follows to the best of my knowledge, information and belief:

1.      On March 19, 2024, the Petitioner filed *Petitioner's Verified Petition Under Chapter 15 for Recognition of the Canadian Proceedings and Request for Related Relief* (the "<u>Verified Petition</u>") [Docket No. 2] with a proposed form of order granting recognition of the Canadian Proceedings (as defined in the Verified Petition) attached thereto as Exhibit A (the "<u>Proposed Order</u>").

2.      A hearing was held on April 15, 2024, at which the Court granted recognition of the Canadian Proceedings.  The Petitioner has revised the Proposed Order consistent with the record at the hearing, a copy of which is attached hereto as <u>**Exhibit A**</u> (the "<u>Revised Order</u>").  A

---

[1]      The Debtors in these Chapter 15 cases are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

blackline reflecting changes between the Proposed Order and the Revised Order is attached hereto as **Exhibit B**.

3.      The Petitioner has circulated a copy of the Revised Order to counsel for the Office of the United States Trustee for the District of Delaware, and such counsel has advised that it does not object to entry of the Revised Order.

4.      A copy of the Revised Order has been uploaded via CM/ECF in accordance with the Local Rules, and the Petitioner requests entry of the Revised Order at the Court's earliest convenience.

Dated:  April 17, 2024
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*

Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com
       pierce@lrclaw.com
       brooks@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Andrew Rosenblatt (admitted *pro hac vice*)
Francisco Vazquez (admitted *pro hac vice*)
Michael Berthiaume (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: andrew.rosenblatt@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to the Petitioner*