**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 15 |
| GOLI NUTRITION INC., *et al.*,[1] | Case No. 24-10438 (LSS) |
| | Jointly Administered |
| Debtors in a Foreign Proceeding. | |
| | Ref. No. 7 |

---

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING**
**PROVISIONAL RELIEF PURSUANT TO BANKRUPTCY CODE SECTION 1519**

I, Matthew R. Pierce, counsel to Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Quebec, Canada and Goli Nutrition Inc., a company incorporated in Delaware (collectively, the "Debtors"), hereby certifies as follows to the best of my knowledge, information and belief:

1. On March 19, 2024, the Petitioner filed the *Petitioner's Motion for Entry of an Order (I) Recognizing and Enforcing the RVO and Atos Sale Order, (II) Approving the Sale Transactions Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [Docket No. 7] (the "Motion") with a proposed form of order granting the relief requested in the Motion attached thereto as Exhibit A.

2. A hearing was held on April 15, 2024 to consider, among other things, the relief requested in the Motion. On April 17, 2024, the Petitioner submitted a proposed order granting the relief requested under certification of counsel [Docket No. 76] (the "Proposed Order").

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0075509.}

3.       At a hearing held on April 18, 2024 (together with the hearing held on April 15, 2024, the "Hearing"), the Court ruled on the Motion.

4.       The Petitioner has further revised the Proposed Order with respect to the RVO consistent with the record at the Hearing, a copy of which is attached hereto as **Exhibit A** (the "Revised Order"). A blackline reflecting changes between the Proposed Order and the Revised Order is attached hereto as **Exhibit B**.

5.       The Petitioner has circulated the Revised Order to counsel for Sharon Hoffman, Odelya Hoffman, RGL Holdings LLC, RGL Management LLC, and Vitamin Friends LLC, and such counsel has advised that they do not object to entry of the Revised Order.

6.       In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

7.       Accordingly, the Petitioner respectfully requests that the Court enter the Revised Order at its earliest convenience.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: April 19, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: mcguire@lrclaw.com<br>           pierce@lrclaw.com<br>           brooks@lrclaw.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Andrew Rosenblatt (admitted *pro hac vice*)<br>Francisco Vazquez (admitted *pro hac vice*)<br>Michael Berthiaume (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: andrew.rosenblatt@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com<br><br>*Counsel to the Petitioner* |