# **EXHIBIT A**

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT
## OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1.      The name of the corporation is Goli Nutrition Inc.
_____ .

2.      The Certificate of Incorporation of the corporation is hereby amended by changing the Article thereof numbered First _____ so that, as amended, said Article shall be and read as follows:
The name of this corporation is: Copper Pulse Inc.

3.      That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

By:_____
              Authorized Officer

Name:_____
              Deepak Agarwal
              Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:55 AM 04/19/2024
FILED 08:55 AM 04/19/2024
SR 20241525552 - File Number 7398564