IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 15 |
| GOLI NUTRITION INC., *et al.*,[1] | Case No. 24-10438 (LSS) |
| | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | Ref. No. 88 |

---

**ORDER (I) CLOSING CHAPTER 15 CASE OF
GOLI NUTRITION INC. (CANADA), CASE NO. 24-10438 (LSS) AND
(II) AMENDING THE CASE CAPTION OF CASE NO. 24-10439 (LSS)**

Upon the *Certification of Counsel* (the "Certification") and the *Order Recognizing and Enforcing the RVO and Related Relief* (Dkt. No. 88) (the "Enforcement Order");[2] and this Court having jurisdiction to consider the Certification and entry of this Order pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that sufficient notice of the Certification has been given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Upon entry of this Order, the Chapter 15 case of Goli Nutrition Inc. (Canada), Case No. 24-10438 (LSS) shall be closed.

2. Upon entry of this Order, the Chapter 15 case of Goli Nutrition Inc. (US) shall no longer be jointly administered and shall proceed under Case No. 24-10439 (LSS), and the caption

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Enforcement Order.

{1431.001-W0075529.2}

-2-

shall be amended to reflect the change of name effectuated by Goli Nutrition Inc. (US) to "Copper Pulse Inc." as follows:

```
------------------------------------------------------ x
In re:                                                 :
                                                       :   Chapter 15
                                                       :
COPPER PULSE INC.,¹                                    :   Case No. 24-10439 (LSS)
                                                       :
        Debtor in a Foreign Proceeding.                :
------------------------------------------------------ x
```

---

[1] The Debtor in this Chapter 15 case and the last four digits of its federal tax identification number is: Copper Pulse Inc. (f/k/a Goli Nutrition, Inc.) (2655). The Debtor is managed from its corporate headquarters, which is located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

3. If Residual Co. or any other residual company seeks any relief from this Court, it must file its own Chapter 15 case and seek appropriate relief.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the interpretation or implementation of this Order.

Dated: April 29th, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE