**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 15 |
| COPPER PULSE INC.,[1] | Case No. 24-10438 (LSS) |
| Debtor in a Foreign Proceeding. | Obj. Deadline: June 3, 2024 at 4:00 p.m. (ET)<br>Hearing Date: June 12, 2024 at 2:30 p.m. (ET) |

---

## NOTICE OF MOTION

TO: (a) the United States Trustee, (b) the Debtor, (c) all creditors who have filed a request for notice under Bankruptcy Rule 2002 and Local Rule 9013-1, (d) all persons or bodies authorized to administer foreign proceedings of the Debtor, (e) all parties to litigation pending in the United States in which the Debtor was party at the time of the filing of the Debtor's petition, (f) and such other entities as the Court has directed.

**PLEASE TAKE NOTICE** that Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Québec, Canada, and Goli Nutrition Inc., a company incorporated in Delaware (collectively the "Debtors"), in the above-captioned chapter 15 cases has filed the *Petitioner's Final Report and Motion for Entry of an Order (I) Recognizing and Enforcing Termination Order, (II) Closing the Chapter 15 Case, and (III) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to entry of an order approving the Motion to Seal must be filed on or before **June 3, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the proposed counsel to the Petitioner.

A HEARING ON THE MOTION WILL BE HELD ON JUNE 12, 2024 AT 2:30 P.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtor in this Chapter 15 case and the last four digits of its federal tax identification number is: Copper Pulse Inc. (f/k/a Goli Nutrition, Inc.) (2655). The Debtor is managed from its corporate headquarters, which is located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0075704.}

| | |
|---|---|
| Dated: May 3, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: mcguire@lrclaw.com<br>       pierce@lrclaw.com<br>       brooks@lrclaw.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Andrew Rosenblatt (admitted *pro hac vice*)<br>Francisco Vazquez (admitted *pro hac vice*)<br>Michael Berthiaume (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: andrew.rosenblatt@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com<br><br>*Counsel to the Petitioner* |